UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NIKYTA RAMSARAN,

                                  Plaintiff,

-against-                                  13 CV 3246 (MKB)(VVP)

ADVANCE STORES COMANY,
INCORPORATED

                                  Defendant.

------------------------------------------------------------x

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Nikyta Ramsaran and Defendant Advance Stores Company, Incorporated, by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

By: _____      By: _____
Margaret McIntyre                                       Felice B. Ekelman
*Attorney for Plaintiff*                                    Adam S. Gross
ATTORNEY AT LAW                                *Attorneys for Defendant*
64 Fulton Street, Suite 502                      JACKSON LEWIS P.C.
New York, New York 10038                   666 Third Avenue, 29th Floor
Tel.: (212) 227-9987                                  New York, New York 10017
                                                    Tel.: (212) 545-4000

Dated: March 3, 2014                                  Dated: 3/3, 2014

SO ORDERED:
s/ MKB 3/4/2014

_____
MARGO K. BRODIE
United States District Judge